# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

_____

In Re:  Gilda Vitale                                      Case No.  BG 17-00172
                                                                        Chapter 13 Bankruptcy Proceeding
                                                                        Filed:  January 17, 2017

       Debtor.

_____/

## DEBTOR'S FIRST PRE-CONFIRMATION AMENDMENT TO CHAPTER 13 PLAN

    NOW COMES the Debtor, Gilda Vitale, who hereby amends her original Chapter 13 Plan as follows:

    Debtor amends IV. General Provisions, R. NONSTANDARD PROVISIONS, 1. Secured Creditors; Real Property; Option for Mortgage Payment if Arrears Creditor to provide it will be stricken as follows:

**1.   ~~Secured Creditors; Real Property; Option for Mortgage Payment if Arrears Creditor:~~**

~~If, during the Chapter 13 Plan, the Debtor(s) cure the mortgage arrears of Carrington Mortgage Services (or any successors or assigns), the Debtor may amend the Plan to provide mortgage payments will be paid directly by the Debtor, outside of the Plan.  The Chapter 13 Trustee reserves the right to object to such amendment to determine if reason exists to replace the Chapter 13 Trustee as the disbursement agent for such payments.~~

    In all other respects the Chapter 13 Bankruptcy Plan remains the same.

## VERIFICATION OF AMENDMENT

    The above named Debtor hereby verifies that the attached amendment is true and correct to the best of her knowledge.

                                                        Attorneys for Debtor

Dated:  February 27, 2017                    By:   /s/ Greg J. Ekdahl
                                                          Greg J. Ekdahl (P67768)
                                                          230 East Fulton Street
                                                          Grand Rapids, MI 49503
                                                          (616) 364-2100

Dated: February 27, 2017                    /s/ Gilda Vitale
                                                          Gilda Vitale