## In the United States Bankruptcy Court
## Western District of Michigan

In Re:  
Gilda Vitale  
4166 Bell Ave Ne  
Grand Rapids  Mi  49525

Chapter 13  
Case No. BG-17-00172

### Trustee's Notice of Intent to Pay Claims

Now comes the Standing Chapter 13 Trustee who reports that the claims bar date for this case was May 10, 2017.  The claims received and the court's claim register have been examined.  The Trustee finds that the following claims were filed timely.  The claim amount is in the "Amount" column.

This is a $38,772.00 plan, all creditors classified as an "unsecured" creditor could receive a dividend less than 100%.  Changes inherent in a base plan could cause this percentage to fluctuate.  Please refer to the plan for an estimated dividend.

### Filed Claims

| Name and Address of Creditor | Amount | Classification |
|---|---|---|
| Keller & Almassian Plc<br>230 East Fulton St<br>Grand Rapids,Mi 49503-3211 | $2,650.00 | ATTORNEY FEE<br>Acct No: XXXXXXXXXXXX |
| Selene Finance Lp<br>9990 Richmond Ave Ste 400S<br>Houston,Tx 77042 | $7,761.22 | HOME MORTGAGE ARR.<br>Acct No: XXXXXXXXXXXX3153 |
| Becket & Lee Llp<br>Po Box 3001<br>Malvern,Pa 19355-0701 | $196.31 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXXX8254 |
| Merchants & Medical Cred Corp<br>6324 Taylor Dr<br>Flint,Mi 48507-4680 | $108.55 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXXX1849 |
| Money Recovery Nationwide<br>8155 Executive Ct # 10<br>Lansing,Mi 48917-7748 | $2,361.00 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXXX4026 |
| Money Recovery Nationwide<br>8155 Executive Ct # 10<br>Lansing,Mi 48917-7748 | $2,361.00 | UNSECURED CREDITOR<br>Acct No: XXXXXXXXXXXX6493 |

## Creditors that will be maintained during the plan and paid beyond the plan

| Name and Address of Creditor | Monthly Payments by Trustee | Classification |
|---|---|---|
| Selene Finance Lp<br>9990 Richmond Ave Ste 400S<br>Houston,Tx 77042 | $730.55 | MORTGAGE REGULAR PAYMENT<br>Acct No:   XXXXXXXXXXX3153 |

Pursuant to Section 502(a) of the bankruptcy code, all claims filed are deemed allowed.

The debtor is hereby notified to immediately file an objection to any creditor listed, that debtor objects to being paid by the Trustee.  If no objection is received, the claim will be paid as filed, pursuant to the Chapter 13 Plan.

In the Standing Chapter 13 Trustee's examination of claims and review of the court's claim register, a claim has not been filed for the following scheduled creditors.  The Trustee will make no payments to these creditors.

### Creditor with No Claim on Record

| Name and Address of Creditor | Amount | Classification |
|---|---|---|
| Internal Revenue Service<br>Po Box 7317<br>Philadelphia, Pa 19101-7317 | $0.00 | PRIORITY CREDITOR<br>Acct No:  XXXXXXXXXXX0737 |
| | | **Scheduled Amount**   $0.00 |
| Allied Collection Group<br>400 Allied Ct<br>Zeeland Mi 49464 | $0.00 | UNSECURED CREDITOR<br>Acct No:  XXXXXXXXXXX0999 |
| | | **Scheduled Amount**   $29.00 |
| Credit Control Service<br>Po Box 607<br>Norwood Ma 02062 | $0.00 | UNSECURED CREDITOR<br>Acct No:  XXXXXXXXXXX3287 |
| | | **Scheduled Amount**   $221.00 |
| Enhanced Recovery Co<br>8014 Bayberry Rd<br>Jacksonville Fl 32256 | $0.00 | UNSECURED CREDITOR<br>Acct No:  XXXXXXXXXXX2258 |
| | | **Scheduled Amount**   $375.00 |
| Enhanced Recovery Co<br>8014 Bayberry Rd<br>Jacksonville Fl 32256 | $0.00 | UNSECURED CREDITOR<br>Acct No:  XXXXXXXXXXX1196 |
| | | **Scheduled Amount**   $318.00 |
| Hillcrest Davidson<br>715 N Glenville Dr Ste 4<br>Richardson Tx 75081 | $0.00 | UNSECURED CREDITOR<br>Acct No:  XXXXXXXXXXX0175 |
| | | **Scheduled Amount**   $1,456.00 |
| Midwest Recovery System<br>2747 W Clay Street<br>Saint Charles Mo 63301 | $0.00 | UNSECURED CREDITOR<br>Acct No:  XXXXXXXXXXX6676 |
| | | **Scheduled Amount**   $110.00 |
| Money Recovery Nationwide<br>8155 Executive Ct Ste 10<br>Lansing Mi 48917 | $0.00 | UNSECURED CREDITOR<br>Acct No:  XXXXXXXXXXX4028 |
| | | **Scheduled Amount**   $750.00 |
| Money Recovery Nationwide<br>8155 Executive Ct Ste 10<br>Lansing Mi 48917 | $0.00 | UNSECURED CREDITOR<br>Acct No:  XXXXXXXXXXX8253 |
| | | **Scheduled Amount**   $225.00 |

    Tax creditors have until 07/17/2017 to file a timely filed claim.  If we receive a tax claim you will receive a notice.

The Standing Chapter 13 Trustee reports that timely filed allowed claims will be included in distribution of dividends under debtor's plan.

Dated: July 24, 2017                                                                            /s/ Barbara P. Foley

CC:
Gilda Vitale
4166 Bell Ave Ne
Grand Rapids  Mi  49525


KELLER & ALMASSIAN PLC
230 EAST FULTON ST
GRAND RAPIDS,  MI  49503-3211


                                                    PROOF OF SERVICE

This is to certifiy that the original has been mailed to the Debtor and to the Bankruptcy Court Clerk and Debtor's Attorney via ECF notice on <u>July 24, 2017</u> by <u>Dot Herring</u>.